UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,              No. 03-CV-70390-DT

vs.                                                Hon. Gerald E. Rosen

MARCUS D. DICKINSON,

                    Defendant.
_____/

## JUDGMENT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     March 16, 2006

PRESENT:  Honorable Gerald E. Rosen
                  United States District Judge

The Court having this date entered an Opinion and Order granting the Plaintiff's Motion for Summary Judgment and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of the United States of America and against Defendant Marcus Dickinson in the amount of $6,969.41, plus pre-judgment interest from the date of the Complaint, plus filing costs in the amount of $250, with post-judgment interest to accrue on the unpaid judgment at the applicable legal interest rate.

                                    s/Gerald E. Rosen
                                    Gerald E. Rosen
                                    United States District Judge

Dated: March 16, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 16, 2006, by electronic and/or ordinary mail.

                                    s/LaShawn R. Saulsberry
                                    Case Manager